UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARCUS DARNELL SMITH #90047-280, <br> Petitioner | CIVIL DOCKET NO. 1:21-CV-02444 <br> SEC P |
| VERSUS | JUDGE DRELL |
| USA, <br> Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 5) is DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 13th day of October 2021.

DEE. D. DRELL, JUDGE
UNITED STATES DISTRICT COURT